# U.S. District Court

## Kentucky Eastern - Lexington

Receipt Date: Apr 25, 2023 4:14PM

Arnold & Miller, PLC
121 Prosperous Place
Suite 6B
Lexington, Ky 40509

Rcpt. No: 500001681                        Trans. Date: Apr 25, 2023 4:14PM                        Cashier ID: #KP

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | Amt |
|----|--------|---|---|-----|
| CH | Check | #4054 | 04/25/2023 | $402.00 |

Total Due Prior to Payment: $402.00

Total Tendered: $402.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments**: 0:23-cv-51

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.