Eastern District of Kentucky
FILED

JUN 17 2025

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

**FILED UNDER SEAL**

Civil Action No. 0:23-CV-51-DLB

UNITED STATES OF AMERICA
*ex rel.* RIKKI POPE, *et al.*,

Plaintiffs,

v.

ADDICTION RECOVERY CARE, LLC,

Defendant.

---

ORDER

---

This matter is pending for consideration of the United States' *Ex Parte* Motion For Extension Of Intervention Deadline And Seal Period.  Being sufficiently advised and for good cause shown, it is hereby **ORDERED** as follows:

1.      The United States' Motion For Extension Of Intervention Deadline And Seal Period is **GRANTED.**

2.      The United States shall have up to and including December 22, 2025, to notify the Court whether it intends to intervene in this *qui tam* action.

3.      The Complaint and all other filings in this matter shall remain under seal up to and including **December 22, 2025**, subject to intervening orders.

*17 JUNE 25*



Signed By:
*David L. Bunning*
Chief Judge
United States District Court