Eastern District of Kentucky
FILED

JUL 17 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Civil Action No. 0:23-CV-51-DLB

UNITED STATES OF AMERICA
*ex rel.* RIKKI POPE, *et al.,*                                    Plaintiffs,

v.

ADDICTION RECOVERY CARE, LLC,                                    Defendant.

---

## STIPULATION OF AGREED JUDGMENT

---

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America (the "United States"), Relators Rikki Pope, Samantha Carroll, and Leanna Williams (formerly Murphy) ("Relators"), and Addiction Recovery Care, LLC, Pioneer Health Group, LLC, and Science Hill Family Care, LLC (collectively, "Defendants"), that the parties negotiated a settlement in this action that took effect on July 16, 2026.

As part of the negotiated settlement, Defendants, pursuant to Federal Rule of Civil Procedure 41 and 54 and through their undersigned counsel, hereby consent to the jurisdiction of this Court and to the entry of judgment against them and in favor of the United States, in the amount of $16,205,774.05, jointly and severally, with respect to Defendants' alleged violations of the False Claims Act, 31 U.S.C. §§ 3729-3733 relating to the submission of false or fraudulent claims for peer support services and services with inaccurate and more expensive modifiers.

A proposed Agreed Judgment is submitted herewith.

Respectfully submitted,

**ON BEHALF OF The United States of America**

JASON D. PARMAN
FIRSTASSISTANT UNITED STATES ATTORNEY

By: _____

Meghan Stubblebine
Assistant United States Attorney
Eastern District of Kentucky
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507
859-233-2661
Meghan.Stubblebine@usdoj.gov

*Counsel for the United States of America*

**ON BEHALF OF Rikki Pope, Samantha Carroll, and
Leanna Williams (formerly Murphy)**

By: */s/ Christopher D. Miller* _____

Christopher D. Miller
Arnold & Miller, PLC
121 Prosperous Place, Suite 6B
Lexington, Kentucky 40509
859-381-9999
cmiller@arnoldmillerlaw.com

*Counsel for Rikki Pope, Samantha Carroll, and Leanna
Williams (formerly Murphy)*

**ON BEHALF OF Addiction Recovery Care, LLC, Pioneer
Health Group, LLC, and Science Hill Family Care, LLC**

By: */s/ Lauren L. Fletcher* _____

Lauren L. Fletcher

2

Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
513-977-8200
Lauren.Fletcher@Dinsmore.com

Of Counsel
Lindsay K. Gerdes
Patrick M. Hagan
Chelsea J. Chalk
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
513-977-8200
Lindsay.Gerdes@Dinsmore.com
Patrick.Hagan@Dinsmore.com
Chelsea.Chalk@Dinsmore.com

*Counsel for Addiction Recovery Care, LLC, Pioneer Health Group, LLC, and Science Hill Family Care, LLC*

DATED: July 17, 2026