UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Civil Action No. 0:23-CV-51-DLB

UNITED STATES OF AMERICA
*ex rel.* RIKKI POPE, *et al.,*                                         Plaintiffs,

v.

ADDICTION RECOVERY CARE, LLC,                                    Defendant.

### [PROPOSED] AGREED JUDGMENT

WHEREAS, the United States of America, the Commonwealth of Kentucky, Defendants Addiction Recovery Care, LLC ("ARC"), Pioneer Health Group, LLC ("Pioneer"), and Science Hill Family Care, LLC d/b/a Pioneer Rural Health Clinic ("Pioneer RHC") and Rikki Pope, Samantha Carroll, and Leanna Williams (formerly Murphy) ("Relators"), have negotiated a settlement; and

WHEREAS, as part of the negotiated settlement, ARC, Pioneer, and Pioneer RHC, pursuant to Federal Rules of Civil Procedure 41 and 54 and by and through counsel, have consented to entry of judgment in favor of the United States and against them in the amount of $16,205,774.05, jointly and severally, with respect to violations of the False Claims Act, 31 U.S.C. §§ 3729-3733 relating to the submission of false or fraudulent claims for peer support services and services with inaccurate and more expensive modifiers alleged in the Relators' Complaint, and pursuant to the terms of the Settlement Agreement;

WHEREAS, as part of the negotiated settlement, the United States and Relators have agreed that upon entry of such judgment, any remaining claims against ARC, Pioneer, and

Pioneer RHC, in the Relators' Complaint shall be dismissed with prejudice as to Relators and without prejudice as to the United States;

WHEREAS, the negotiated settlement is neither an admission of liability by ARC, Pioneer, or Pioneer RHC nor a concession by the United States that its claims are not well founded;

WHEREAS, as part of the negotiated settlement, Defendants have consented to the jurisdiction of this Court for purposes of enforcing the negotiated settlement and entering this Agreed Judgment;

WHEREAS the United States, ARC, Pioneer, and Pioneer RHC have agreed that each bear their own costs, attorneys' fees, and expenses;

WHEREAS Relators' costs, attorneys' fees, and expenses are resolved by the negotiated settlement; and

WHEREFORE, the Court finding no just reason for delay,

IT IS HEREBY ORDERED that:

(1) a final judgment in this matter be entered in favor of the United States and against Addiction Recovery Care, LLC, Pioneer Health Group, LLC, and Science Hill Family Care, LLC, jointly and severally, in the amount of $16,205,774.05 with respect to violations of the False Claims Act, 31 U.S.C. §§ 3729-3733 relating to false or fraudulent claims for peer support and services with inaccurate and more expensive modifiers;

(2) the remainder of the Complaint be dismissed with prejudice as to Relators and without prejudice as to the United States;

(3) Addiction Recovery Care, LLC, Pioneer Health Group, LLC, and Science Hill Family Care, LLC shall pay to the United States the sum of $16,205,774.05 pursuant to the terms of the Settlement Agreement among the parties;

(4) Addiction Recovery Care, LLC, Pioneer Health Group, LLC, and Science Hill Family Care, LLC shall pay Relators' counsel's costs, attorneys' fees, and expenses pursuant to the terms of the Settlement Agreement among the parties;

(5) the United States, Addiction Recovery Care, LLC, Pioneer Health Group, LLC, and Science Hill Family Care, LLC shall each bear their own costs, attorneys' fees, and expenses; and

(6) the Court shall retain jurisdiction to enforce the terms of this Agreed Judgment.