**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**CIVIL ACTION NO. 23-CV-0051-DLB**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**

**ADDICTION RECOVERY CARE, LLC**                                          **DEFENDANT**

## NOTICE OF FILING

The United States of America, by counsel, hereby tenders to the Court an Abstract

of Judgment.

> JASON D. PARMAN
> FIRST ASSISTANT
> UNITED STATES ATTORNEY
>
>
> By: */s/ John M. Spires*
>    John M. Spires
>    Assistant United States Attorney
>    260 W. Vine St., Suite 300
>    Lexington, KY 40507
>    Tel:  859-233-2661
>    Email:  John.Spires@usdoj.gov