# ABSTRACT OF JUDGMENT

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time.  The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal.  If such notice of renewal is filed before the expiration of the 20-year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Name and Address of Party Against Whom Judgment Has Been Obtained | Other Debtor Information |
|---|---|
| Addiction Recovery Care, LLC<br>Pioneer Health Group, LLC<br>Science Hill Family Care, LLC<br>   d/b/a Pioneer Rural Health Clinic<br><br>TIN:  46-1095648 | United States of America<br>ON BEHALF OF: Office of Inspector General of the Dept of Health and Human Services; and the Commonwealth of Kentucky of the Attorney General, and Cabinet for Health and Family Services, Department for Medicaid Services<br><br>USAO File No:  2026A42845<br>Agency File No:  N/A |

| Amount of Judgment | Name of Creditor's Attorney | When Docketed |
|---|---|---|
| $16,205,774.05 | United States Attorney<br>260 West Vine Street<br>Lexington, KY  40507<br><br>Financial Litigation Program<br>(859) 233-2661 | Judgment registered on July 27, 2026 in<br><br>United States District Court for the Eastern District of Kentucky<br><br>Ashland Civil Action No:  23cv51 |

CLERK'S OFFICE
U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY

I CERTIFY that the foregoing is a correct Abstract of Judgment entered or registered by this Court.

DATED this _____  day of _____, 2026.


Clerk



By  _____
Deputy Clerk